ACCEPTED
03-14-00669-CR
11045916
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2016 3:38:14 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00669-CR

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE THIRD** |
| | § | |
| | § | **DISTRICT COURT OF** |
| | § | |
| **JUSTIN CARTER** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/8/2016 3:38:14 PM
JEFFREY D. KYLE
Clerk

### APPEARANCE OF COUNSEL FOR THE STATE

**TO THE HONORABLE JUSTICES OF SAID COURT**:

COMES NOW THE STATE OF TEXAS, by and through its Assistant Criminal District Attorney, and files this appearance of counsel in the above-captioned cause. The undersigned counsel hereby appears and respectfully requests that this Honorable Court forward any further notices and correspondence to his county email address.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley**
SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

1

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant Criminal District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Appearance of Counsel for the State* has been delivered to Appellant JUSTIN CARTER's attorney of record in this matter:

Chad P. Van Brunt
vanbruntlaw@live.com
210 S. St. Mary's Street
Suite 1840 – Tower Life Bldg.
San Antonio, TX 78205
*Counsel for Appellant on Appeal*

By electronic service to the above-listed email address through efile.txcourts.gov on this the 8th day of June, 2016.

/s/ Joshua D. Presley
**Joshua D. Presley**